Case 5:21-cv-00459-NC   Document 23   Filed 12/13

FILED

Dec 13 2021

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
EUREKA

MICHAEL D. BRUNO (SBN 166805)
mbruno@grsm.com
ALYSON S. CABRERA (SBN 222717)
acabrera@grsm.com
NEDA HEFZI (SBN 323787)
nhefzi@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900

Attorneys for Defendant,
STANFORD HEALTH CARE

FLETCHER B. BROWN (SBN 276390)
THE FLETCHER B. BROWN LAW FIRM
2831 Telegraph Avenue
Oakland, CA 94609-3606
fletcher@fletcherbrown.law
gianna@fletcherbrown.law
Tel: 510-986-0441  Fax: 510-978-4717

Attorneys for Plaintiff,
TACITA RICHARDSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACITA RICHARDSON, | Case No. 5:21-cv-00459-NC |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| STANFORD HEALTH CARE, and DOES 1-20, inclusive, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff TACITA RICHARDSON ("Plaintiff") and Defendant STANFORD HEALTH CARE, ("Defendant"), by and through their counsel of record, stipulate to the dismissal of the entire action in the above captioned matter with prejudice, with

1   each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

GORDON REES SCULLY MANSUKHANI, LLP

Dated:  December 13, 2021          By: _____
                                        Michael D. Bruno
                                        Alyson Cabrera
                                        Neda Hefzi
                                        Attorneys for Defendant
                                        STANFORD HEALTH CARE


THE FLETCHER B. BROWN LAW FIRM

Dated:  December 10, 2021          By: _____
                                        Fletcher B. Brown
                                        Attorneys for Plaintiff
                                        TACITA RICHARDSON

**ORDER PURSUANT TO STIPULATION**

IT IS HEREBY ORDERED THAT, pursuant to the stipulation of the parties and Rule 41 of the Federal Rules of Civil Procedure, this case is DISMISSED WITH PREJUDICE. Each party shall bear their own costs and fees.

IT IS SO ORDERED.

Date:  December 13, 2021



_____
NATHANAEL M. COUSINS
United States Magistrate Judge